■ · Christopher J. Elliman, Individually and as Trustees for the Underhill Charitable Trust, et al., Respondents, v David D. Elliman, Individually and as Trustee for the Underhill Charitable Trust, et al., Defendants, and Robert Model et al., Appellants. [687 NYS2d 31] —Order, Supreme Court, New York County (Beatrice Shainswit, J.), entered on or about October 23, 1997, which, insofar as appealed from, granted plaintiffs' motion for leave to replead as against defendants-appellants, unanimously affirmed, without costs.

Leave to replead was properly granted upon an affidavit by a person with knowledge of facts supporting a proposed amended complaint that cured the pleading deficiencies of the original complaint (CPLR 3211 [e]). Such relief is not necessarily precluded by plaintiffs' failure to have requested it in their opposition to defendants' prior motion to dismiss, as required by CPLR 3211 (e); such noncompliance may be excused as a matter of discretion (*see*, *Sanders v Schiffer*, 39 NY2d 727; *Rapid Rehabilitation Corp. v City of New York*, 63 AD2d 901; *cf.*, *Bardere v Zafir*, 63 NY2d 850). Concur—Ellerin, P. J., Nardelli, Williams and Rubin, JJ.

■ In the Matter of Susan Bermeo, Petitioner, v Douglas E. McKeon et al., Respondents. [684 NYS2d 790] —Application for an order pursuant to CPLR article 78 denied, the cross-motions granted and the petition dismissed, without costs or disbursements, the issues raised by petitioner being subject to adequate review on appeal (*see*, CPLR 7801 [1]). Motion for stay denied and the interim relief granted by Justice of this Court on January 27, 1999 vacated. No opinion. Concur—Rosenberger, J. P., Nardelli, Williams and Tom, JJ.